### STATE v. TRUETT LITTLE.

(Filed 2 December, 1964.)

APPEAL by defendant from *Braswell, J.,* May 1964 Session of BRUNS-WICK.

Criminal prosecution on warrant charging that defendant "did unlawfully and willfully fail and refuse to support his illegitimate child; Shelia Ann Formyduval, age one (1) month, begotten upon the body of Helen E. Formyduval," a violation of G.S. 49-2, tried *de novo* in the superior court after appeal by defendant from conviction and judgment in the Recorder's Court of Brunswick County.

The jury returned a verdict of guilty as charged in the warrant. Judgment imposing a prison sentence, suspended on specified conditions, was pronounced. Defendant excepted and appealed.

*Attorney General Bruton and Assistant Attorney General Sanders for the State.*

*S. Bunn Frink and Herring, Walton, Parker & Powell for defendant appellant.*

PER CURIAM. There was ample evidence to support the verdict. Hence, the assignment of error directed to the court's denial of defendant's motion for judgment as of nonsuit is overruled. Moreover, it is our opinion, and we so decide, that the matters referred to in defendant's remaining assignments, if error, are not of such prejudicial nature as to constitute ground for the award of a new trial.

No error.